

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-24-00870-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Erica Lee **CASTILLO**, Individually and as Next of Friend of Jesus Rodriguez,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI05166
Honorable Nicole Garza, Judge Presiding

**ORDER**

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

The City of San Antonio's Motion For Extension of Time to Respond to Show-Cause Order is DENIED.

It is so **ORDERED** on February 19, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk